```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19380
   BHARAATKUMAR DESAI
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6214

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 01/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 06/12/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
BANK OF AMERICA           CURRENT MORTG       .00             .00             .00
BANK OF AMERICA           MORTGAGE ARRE       .00             .00             .00
BANK OF AMERICA           NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00             .00
CHASE                     UNSECURED       NOT FILED           .00             .00
TARGET NATIONAL BANK      UNSECURED       NOT FILED           .00             .00
UNIVERSAL BANK            UNSECURED       NOT FILED           .00             .00
B-REAL LLC                UNSECURED       12599.34            .00             .00
B-REAL LLC                UNSECURED        1233.07            .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1483.74            .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1577.49            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         2887.89            .00             .00
BANK OF AMERICA           NOTICE ONLY     NOT FILED           .00             .00
US BANK                   UNSECURED       10729.10            .00             .00
CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          947.35            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED         406.08            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        18225.44            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED        2365.00            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        20213.42            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED        2608.00            .00             .00
PHILIP A IGOE             DEBTOR ATTY     3,500.00                         2,254.00
TOM VAUGHN                TRUSTEE                                            196.00
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,450.00

PRIORITY                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 19380 BHARAATKUMAR DESAI
```

```
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,254.00
TRUSTEE COMPENSATION                                               196.00
DEBTOR REFUND                                                         .00
                                     ----------------   ----------------
TOTALS                                       2,450.00           2,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```